■ CARLA C. S'DAO, Respondent, v NATIONAL GRANGE MUTUAL INSURANCE COMPANY, Appellant. [616 NYS2d 836] —Order unanimously reversed on the law without costs, motion denied, cross motion granted and complaint dismissed. Memorandum: Plaintiff was injured in a two-car accident. She and four other injured persons reached a settlement with the two carriers insuring those vehicles. The bodily injury coverage of $50,000 per accident on one of the vehicles was exhausted, but the bodily injury coverage of $300,000 on the second vehicle was not. Because the bodily injury coverage on one of the two vehicles was not exhausted, plaintiff failed to satisfy the

statutory condition precedent to the recovery of underinsurance benefits, and the complaint should have been dismissed *(see,* Insurance Law § 3420 [f] [2]; *Matter of Federal Ins. Co. v Watnick,* 80 NY2d 539, 546; *Garcia v Mercado,* 194 AD2d 334). (Appeal from Order of Supreme Court, Niagara County, Rath, Jr., J.—Summary Judgment.) Present—Denman, P. J., Green, Balio, Doerr and Boehm, JJ.